UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHONDA T. HUMPHRIES,<br>813 52nd Street NE<br>Washington, DC 20019<br><br>            Plaintiff,<br>     v.<br><br>U.S. PARK POLICE,<br>1100 Ohio Drive SW,<br>Washington, D.C. 20242<br><br>            Defendant. | Civil Action No. 25-3639 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, U.S. Park Police ("Defendant"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, hereby files this Notice of Removal of the complaint originally filed in the District of Columbia Superior Court, Civil Division, by Rhonda Humphries, ("Plaintiff"). In support of this Notice, Defendant states as follows:

1. The U.S. Park Police is named as a defendant in a civil action styled *Rhonda T. Humphries v. U.S. Park Police*, 2025-CAB-004807 (D.C. Super. Ct.). *See* Compl. (attached hereto as Ex. A).

2. The action was filed by Plaintiff in the D.C. Superior Court on July 24, 2023. *Id*.

3. Pursuant to the complaint, Plaintiff is making a tort claim against the Defendant. *Id.*

4. Pursuant to 28 U.S.C. § 1442(a)(1), a civil action commenced in a state court against an Agency of the United States may be removed to the U.S. District Court for the District of Columbia.

5. A notice of filing of the Notice of Removal was filed this date, October 10, 2025, in the Superior Court of the District of Columbia.

WHEREFORE, the action formerly pending in the Superior Court of the District of Columbia has been properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: October 10, 2025

Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney


*/s/ Heather Graham-Oliver*
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2520
Heather.graham-oliver@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

A copy of the foregoing has been mailed to the Plaintiff, via first class mail, on the 10th day of October 2025, at the following address:

Rhonda Humphries
813 52nd Street NE
Washington, D.C. 20019

/s/ *Heather Graham-Oliver*
HEATHER GRAHAM-OLIVER
Assistant United States Attorney